UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CURTIS LEE ELLIS,<br><br>                    Defendant. | Case No.  17cr0004-CAB<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, CURTIS LEE ELLIS ("Defendant"), pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as properties involved in the violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as charged in the Information; and

WHEREAS, on or about January 31, 2017, Defendant pled guilty before Magistrate Judge Karen S. Crawford to Count 1 of the Information, which plea included consent to the forfeiture allegation of the Information and consent to the forfeiture of all property seized in connection with this case, including but not limited to, forfeiture of the following:

    **1)**     **AR-15 style rifle bearing no serial number;**

//

2) Two magazines loaded with 30 rounds of .556 caliber ammunition;

3) Two knives;

4) 22 pieces of body armor;

5) 12 rounds of 12 gauge ammunition;

6) 38 rounds of 9 mm ammunition;

7) 72 rounds of .22 caliber ammunition;

8) 18 rounds of 30-06 caliber ammunition;

9) 20 rounds of 7.62 mm ammunition; and

10) 10 rounds of .308 caliber ammunition; and

WHEREAS, on February 15, 2017, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts, admissions, and agreement set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced properties, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties which were found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the following assets, and all right, title and

interest of Defendant CURTIS LEE ELLIS in the following properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

> **1)** **AR-15 style rifle bearing no serial number;**
>
> **2)** **Two magazines loaded with 30 rounds of .556 caliber ammunition;**
>
> **3)** **Two knives;**
>
> **4)** **22 pieces of body armor;**
>
> **5)** **12 rounds of 12 gauge ammunition;**
>
> **6)** **38 rounds of 9 mm ammunition;**
>
> **7)** **72 rounds of .22 caliber ammunition;**
>
> **8)** **18 rounds of 30-06 caliber ammunition;**
>
> **9)** **20 rounds of 7.62 mm ammunition; and**
>
> **10)** **10 rounds of .308 caliber ammunition.**

2.  The aforementioned forfeited assets are to be held by Homeland Security Investigations ("HSI") in its secure custody and control.

3.  Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.

4.  Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition

1 with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that is the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforementioned asset, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 3/23/17

CATHY ANN BENCIVENGO, Judge
United States District Court